**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TURTLE ISLAND FOODS SPC** | : | **CIVIL ACTION NO.** |
| **VERSUS** | : | **USM 3:20-cv-674-BAJ-EWD** |
| **MICHAEL G. STRAIN** | : | **JUDGE BRIAN A. JACKSON** |
| | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EX-PARTE MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

      **NOW INTO COURT**, through undersigned Assistant Attorney General, appearing solely for the limited purpose of this motion, comes Defendant, Michael G. Strain, in his official capacity as Commissioner of the Louisiana Department of Agriculture and Forestry (hereinafter, "Defendant"), who respectfully moves for an extension of time of twenty-one (21) days from the signing of the Order, in which to file responsive pleadings pursuant to Local Civil Rule 7(a).

1.

Plaintiff filed its *Complaint for Declaratory and Injunctive Relief* on October 7, 2020.

2.

Defendant was served on October 8, 2020.

3.

Responsive pleadings are due on behalf of Defendant on October 29, 2020.

4.

Defendant is in the process of retaining separate counsel to defend the claims against him. Until such time as separate counsel is retained, Defendant has not yet had the opportunity to investigate the claims in this matter or the defenses available to him in order to adequately prepare responsive pleadings on his behalf.

5.

Accordingly, Defendant requests he be granted an extension of time of twenty-one (21) days from the date of the signing of the Order, in which to file responsive pleadings.

6.

Defendant has made no prior requests for an extension of time to respond to Plaintiff's claims. Furthermore, in accordance with Local Civil Rule 7, a review of the docket report on today's date shows the Plaintiff has not filed a written objection to an ex-parte motion for extension of time.

7.

Also in accordance with Local Civil Rule 7, undersigned counsel has contacted counsel for Plaintiff, who has no objection to the filing of this motion and the extension requested herein.

**WHEREFORE**, pursuant to Local Civil Rule 7(a) and upon proper certification as required therein, Defendant respectfully moves for an extension of time of twenty-one (21) days to file responsive pleadings from the date of the signing of the Order granting the extension.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    */s/Rachel P. Dunaway*
       Rachel P. Dunaway (Bar Roll No. 37104)
       Assistant Attorney General
       **Louisiana Department of Justice**
       Litigation Division, Civil Rights Section
       1885 North Third Street, 4th Floor
       Post Office Box 94005 (70804-9005)
       Baton Rouge, Louisiana 70802
       Telephone:    225-326-6300
       Facsimile:    225-326-6495
       E-mail:       DunawayR@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 28th of October, 2020, the foregoing was filed electronically with the Clerk of Court by using CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

       */s/Rachel P. Dunaway*
       **Rachel P. Dunaway**