# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURTLE ISLAND FOODS SPC** | : | **CIVIL ACTION NO.** |
| **VERSUS** | : | **USM 3:20-cv-674-BAJ-EWD** |
| **MICHAEL G. STRAIN** | : | **JUDGE BRIAN A. JACKSON** |
| | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE AND ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Michael G. Strain, in his official capacity as Commissioner of the Louisiana Department of Agriculture and Forestry (hereinafter, "Defendant"), who respectfully moves this Honorable Court for an order substituting E. John Litchfield and Michael J. Marsiglia of Berrigan Litchfield, LLC for Assistant Attorney General Rachel P. Dunaway.

1.

On October 28, 2020, Assistant Attorney General Rachel P. Dunaway (Bar Roll No. 37104) filed an *Ex-Parte Motion for Extension of Time to File Responsive Pleadings* for the limited purpose of allowing Defendant additional time to retain counsel to defend the claims against him.

2.

E. John Litchfield (Bar Roll No. 8622) and Michael J. Marsiglia (Bar Roll No. 30271), of Berrigan Litchfield, LLC have been retained as counsel for Defendant and filed an Answer on his behalf on November 23, 2020.

3.

Defendant moves that E. John Litchfield and Michael J. Marsiglia of Berrigan Litchfield, LLC be enrolled as counsel of record for Defendant in this matter.

4.

Furthermore, Defendant moves to have the name of Assistant Attorney General Rachel P. Dunaway deleted from the record of this matter.

**WHEREFORE,** Defendant, Michael G. Strain, in his official capacity as Commissioner of the Louisiana Department of Agriculture and Forestry, respectfully requests that E. John Litchfield and Michael J. Marsiglia of Berrigan Litchfield, LLC be substituted as counsel of record for the Defendant in the above-captioned matter. Additionally, Defendant requests that the name of Assistant Attorney General Rachel P. Dunaway be deleted from the record of this matter.

Respectfully Submitted,

**BY:**
**BERRIGAN LITCHFIELD, LLC**

*/s/ E. John Litchfield*
E. JOHN LITCHFIELD (#8622)
MICHAEL J. MARSIGLIA (30271)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Direct: (504)799-6370
Fax: (504)617-7644
jlitchfield@berriganlaw.net
Mmarsiglia@berriganlaw.net
*Attorneys for Defendant*

**JEFF LANDRY**
**ATTORNEY GENERAL**

*/s/ Rachel P. Dunaway*
Rachel P. Dunaway (Bar No. 37104)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005 (70804-9005)

        Baton Rouge, Louisiana 70802
        Telephone: 225-326-6300
        Facsimile: 225-326-6495
        E-mail: DunawayR@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of November 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

        */s/ Rachel P. Dunaway*
        **Rachel P. Dunaway**