# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURTLE ISLAND FOODS SPC** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 20-00674-BAJ-EWD** |
| **MICHAEL G. STRAIN,** in his official capacity as Commissioner of Agriculture and Forestry | * * | |

\* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Michel G. Strain, in his official capacity as Commissioner of Agriculture and Forestry, that in an abundance of caution as to not forgo any of his rights, does hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Ruling and Order (Doc. 53) entered in this action on the 28th day of March, 2022.

Respectfully submitted, this the 21nd day of April, 2022.

BERRIGAN LITCHFIELD, LLC

*/s/ E. John Litchfield*
E. JOHN LITCHFIELD (#8622)
Email: jlitchfield@berriganlaw.net
MICHAEL J. MARSIGLIA (#30271)
Email: mmarsiglia@berriganlaw.net
111 Veterans Memorial Blvd.
Suite 1720 Heritage Plaza
Metairie, LA 70005-3028
(504)568-0541
Attorney for Michael G. Strain, in his official capacity
As Commissioner of Agriculture and Forestry

## CERTIFICATE OF SERVICE

I, E. John Litchfield, hereby certify that on April 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ E. John Litchfield*
E. JOHN LITCHFIELD