UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TURTLE ISLAND FOODS SPC**<br>**D/B/A TOFURKY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL G. STRAIN**, in his official capacity as Commissioner of Agriculture and Forestry,<br><br>Defendant. | ) <br>)<br>)<br>) Civil Action No. 3:20-cv-00674<br>)<br>)<br>) **CHIEF JUDGE BRIAN A. JACKSON**<br>)<br>)<br>) **MAGISTRATE JUDGE ERIN**<br>) **WILDER-DOOMES**<br>)<br>) |

## MOTION FOR ATTORNEYS' FEES AND COSTS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Turtle Island Foods SPC d/b/a Tofurky Company ("Tofurky"), who, pursuant to the Court's ruling on its Motion for Summary Judgment (Rec. Doc. 53), respectfully moves this Honorable Court for an Order awarding attorneys' fees and costs in their favor against the Defendant, Michael G. Strain, in his official capacity as Commissioner of Agriculture and Forestry.

As more fully set forth in the attached Memorandum in Support, Louisiana's 2019 Act No. 273 was ruled unconstitutional under the First Amendment to the United States Constitution, as it is an impermissible prior restraint on commercial speech. Plaintiff is a prevailing party pursuant to 42 USC § 1988 and therefore should be awarded attorneys' fees and costs for bringing its action. In the Court's Ruling and Order of March 28, 2022, this Court withheld final judgment "pending Plaintiff's motion for costs and attorney's fees pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54."

**WHEREFORE**, Plaintiff, Turtle Island Foods SPC d/b/a Tofurky Company, respectfully requests that this Court grant its Motion for Attorney's Fees and Costs, and for all other relief the Court deems proper.

                Respectfully Submitted:

                */s/ Scott L. Sternberg*
                Scott L. Sternberg (La. Bar No. 33390)
                Graham Williams (La. Bar No. 36731)
                **STERNBERG NACCARI & WHITE LLC**
                935 Gravier Street, Suite 2020
                New Orleans, LA 70112
                Telephone: (504) 331-0888)
                Facsimile: (504) 534-8961
                Email: scott@snw.law
                        graham@snw.law

                Tarak Anada (La. Bar No. 31598)
                Michael A. Foley (La. Bar No. 35774)
                **Jones Walker LLP**
                201 Saint Charles Avenue, Suite 4900
                New Orleans, LA 70170
                Telephone: (504) 582-8322
                Facsimile: (504) 589-8322
                Email: tanada@joneswalker.com
                        mfoley@joneswalker.com

                Amanda Howell (Enrolled *Pro Hac Vice*)
                Animal Legal Defense Fund
                525 East Cotati Avenue
                Cotati, CA 94931

                Caitlin M. Foley (Enrolled *Pro Hac Vice*)
                Animal Legal Defense Fund
                150 South Wacker, Suite 2400
                Chicago, IL 60606

                Laura R. Braden (Enrolled *Pro Hac Vice*)
                The Good Food Institute
                1120 Connecticut Ave. NW, Suite 1080
                Washington, DC 20036

*Counsel for Plaintiff, Turtle Island Foods SPC d/b/a Tofurky Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic filing system.

/s/Scott L. Sternberg
SCOTT L. STERNBERG