UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC<br>D/B/A TOFURKY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL G. STRAIN, in his official capacity as<br>Commissioner of Agriculture and Forestry,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 3:20-cv-00674<br>)<br>)<br>) CHIEF JUDGE BRIAN A. JACKSON<br>)<br>)<br>) MAGISTRATE JUDGE ERIN<br>) WILDER-DOOMES<br>)<br>) |

## DECLARATION OF SCOTT L. STERNBERG

I, Scott L. Sternberg, state that the following is true and correct to the best of

my knowledge:

1.  I am a founding partner of the law firm Sternberg, Naccari & White, LLC, in
    New Orleans, Louisiana, and am personally enrolled in and have worked on
    the above-captioned litigation.

2.  I graduated from Louisiana State University with my Bachelor's Degree in
    Mass Communication, serving as Editor of the *Daily Reveille* and leading to
    a legal fellowship with a nationally recognized First Amendment non-profit
    in Washington, D.C., the Student Press Law Center.

3.  I returned to Louisiana to graduate from Louisiana State University Paul M.
    Hebert Law Center, where I honed my interest in First Amendment Law.

4.  I graduated from LSU's Law Center *cum laude* in 2010 and was a member
    of both the *Louisiana Law Review* and LSU Moot Court Board.

5.  I was admitted to practice law in the State of Louisiana in 2010. My license
    is currently active and in good standing.

6.  In addition, I am admitted to practice law in the United States District Courts
    for the Eastern, Middle, and Western Districts of Louisiana, the United

1

States District Court for the Southern District of Texas, before the United States Court of Appeals for the Fifth Circuit, and before the United States Supreme Court. I have also been admitted to practice *pro hac vice* in the United States District Court for the Northern District of Alabama.

7.   In my time practicing law, I have represented clients across a broad background of business, civil rights, and media-related litigation.

8.   I have developed a significant practice in media and First Amendment law, and certain government issues. I regularly represent individuals and businesses on issues involving public access to government and infringement of civil rights both in litigation and in legislative advocacy.

9.   I have taught First Amendment at both Loyola University's School of Mass Communication and Louisiana State University's Manship School of Mass Communication, and lectured at local law schools and several national conferences on First Amendment, ethics, public affairs, and media issues.

10.  I am the General Counsel to the Louisiana Press Association, *The Times-Picayune, The Advocate*, Gray Media Group (WVUE-TV, WAFB-TV) in Louisiana, and represent numerous other media entities and interest groups.

11.  My experience in media and First Amendment representation includes advice (often without the need of filing suit) to individuals, reporters, media, trade groups, public officials, and certain political actors--including both the Louisiana Republican and Democratic Parties.

12.  My litigation experience includes several 1983 actions on behalf of individuals and corporations challenging restrictive regulations, for example, in *Bode v. City of Kenner,* Eastern District of Louisiana, *Lowery et al v. Department of Corrections,* Middle District of Louisiana, No. 17-00683; *Adams v. City of New Orleans et al,* Eastern District of Louisiana No. 15-1543 (access); *Buisson v. Christopher Roberts, et. al.,* Eastern District of Louisiana No. 15-06272.

13.  I have also given countless instances of testimony before the Louisiana Legislature on access, First Amendment and civil rights related issues in my role representing the media.

14.  I have authored and argued numerous briefs for both trial and appellate court practice, including state and federal trial, appellate, and supreme courts.

Exhibit A (in globo)-0002

15. I have been rated AV Preeminent by Martindale-Hubbell in Litigation and Constitutional Law since 2015, was a Thompson-Reuters Super Lawyers "Rising Star" from 2014-2021, and a "Super Lawyer" in 2021, and *New Orleans Magazine's* Top Lawyers for First Amendment Law from 2014-2021.

16. Prior to founding Sternberg, Naccari & White, LLC five years ago, I spent seven years working at the respected New Orleans law firm of Baldwin Haspel Burke & Mayer, LLC.

17. My firm took a substantial risk in agreeing to represent the Plaintiff in the above-captioned matter.

18. My standard hourly rate ranges from $250-$375 per hour based on the nature of the representation. I discounted my rate to $300/hour for this litigation, and set Mr. Williams rate at $240/hour.

19. Billing by Sternberg, Naccari & White, LLC, through April 19, 2022, totaled 50 hours for Scott Sternberg and 19 hours for Graham Williams in the amount of $19,560. ($15,000 for Scott Sternberg at $300/hr and $4,560 for Graham Williams at $240/hr).

20. In addition, Sternberg, Naccari & White, LLC incurred $400 in filing fees and $261.90 in transcription costs, leading to total claim of costs for the amount of $661.90.

21. Sternberg, Naccari & White, LLC is requesting a total award of $20,221.90.

22. In keeping with our practice, billing by Sternberg, Naccari & White, LLC, in connection with this matter has been extremely conservative considering the amount of work performed in furtherance of this case.

23. I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Executed on: April 21, 2022.

SCOTT L. STERNBERG

3

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC<br>D/B/A TOFURKY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. STRAIN, in his official capacity as<br>Commissioner of Agriculture and Forestry,<br><br>Defendant. | ) Civil Action No. 3:20-cv-00674<br>)<br>) CHIEF JUDGE BRIAN A. JACKSON<br>)<br>) MAGISTRATE JUDGE ERIN<br>) WILDER-DOOMES |

## DECLARATION OF TARAK ANADA

I, Tarak Anada, state that the following is true and correct to the best of my knowledge:

1. I am a partner of the law firm Jones Walker LLP, in New Orleans, Louisiana, and am personally enrolled in and have worked on the above-captioned litigation.

2. I graduated from Tulane University with my Bachelor's Degree in Political Science and Psychology, *cum laude*, in 2004.

3. I graduated from Pepperdine University School of Law, *cum laude*, in 2008.

4. I was admitted to practice law in the State of Louisiana in 2008. My license is currently active and in good standing.

5. In addition, I am admitted to practice law in the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, the United States District Court for the Southern District of Texas, and before the United States Court of Appeals for the Fifth Circuit.

6. In my time practicing law, I have represented clients across a broad range of commercial litigation and civil rights disputes.

7. I have developed a significant practice and expertise in civil rights litigation.

8. I serve as an Adjunct Professor of Law at Louisiana State University Paul M. Hebert Law Center where I teach a Pretrial Litigation Seminar course.

Exhibit A (in globo)-0004

9.  My litigation experience includes several 1983 actions on behalf of individuals or companies asserting civil rights violation in the Eastern, Middle and Western Districts of Louisiana.

10. I have authored and argued numerous case briefs for both trial and appellate court practice, including state and federal courts.

11. I have been nominated as a "Super Lawyer" by Louisiana Super Lawyers in the area of Business Litigation annually since 2019, and was nominated as a "Rising Star" annually since 2016.

12. My firm took a substantial risk in agreeing to represent the Plaintiff in the above-captioned matter.

13. My standard hourly rate is $475 per hour based on the nature of the representation. I discounted my rate to $380/hour for this litigation.

14. Billings by my firm (I was the sole timekeeper) through April 19, 2022 totaled 29.3 hours in the amount of $11,134.00.

15. Jones Walker is requesting a total award of $11,134.00.

16. In keeping with my practice, my billing in connection with this matter has been conservative considering the amount of work I performed in furtherance of this case.

17. I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Executed on: April 21, 2022.

_____
**TARAK ANADA**

Exhibit A (in globo)-0005

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC<br>D/B/A TOFURKY COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-00674 <br> ) |
| v. | ) <br> )  CHIEF JUDGE BRIAN A. JACKSON <br> ) |
| MICHAEL G. STRAIN, in his official capacity as<br>Commissioner of Agriculture and Forestry, | ) <br> ) MAGISTRATE JUDGE ERIN <br> ) WILDER-DOOMES |
| Defendant. | ) <br> ) |

## DECLARATION OF AMANDA HOWELL

I, Amanda Howell, state that the following is true and correct to the best of my knowledge:

1. I am a Senior Staff Attorney at the Animal Legal Defense Fund (ALDF), headquartered in Cotati, California, and am personally enrolled in and have worked on the above-captioned litigation.

2. I graduated from Northwestern University with my bachelor's degree in Political Science, International Studies, and Spanish. I received my Juris Doctor from Boston University School of Law in 2011, where I worked part-time for the National Consumer Law Center, was Managing Editor of the American Journal of Law and Medicine, interned with the Massachusetts House Committee on Global Warming and Climate Change, and served as Community Outreach Chair for the Women's Law Association.

3. I was admitted to practice law in the State of Texas in 2011. My license is currently active and in good standing. I passed the California bar exam and was granted moral eligibility in California where I will be soon admitted, pending my swearing-in.

4. In addition, I am admitted to practice law in the United States District Courts for the Northern Districts of Texas and the United States Court of Appeals for

Exhibit A (in globo)-0006

the Ninth Circuit. I have also been admitted to practice *pro hac vice* in the United States District Court for the Western District of Missouri, the United States District Court for the Western District of Oklahoma, and the United States District Court for the Eastern District of Arkansas.

5.  In my time practicing law, I have represented consumers in consumer protection class action litigation cases across the United States, and I have represented businesses in civil rights and food litigation as well.

6.  I have a significant practice in First Amendment law and food law, as well as related regulatory and government issues. I regularly represent businesses on issues involving infringement of civil rights both through litigation and regulatory advocacy.

7.  I have given guest lectures on my First Amendment and food litigation work at Harvard University School of Law, UCLA School of Law, Lewis and Clark School of Law, University of Arkansas School of Law, as well as for bar committees of several states including Louisiana, Arizona, and New York. I regularly present on First Amendment and food litigation issues at national conferences.

8.  My experience in food litigation, FDA regulation, and First Amendment representation includes advising companies and acting on behalf of businesses' rights to engage in truthful commercial speech. As such, my litigation experience includes several 1983 actions on behalf of companies challenging restrictive regulations or enforcement postures. Some examples include: *Miyoko's Kitchen v. Ross,* No. 3:20-cv-893-RS (N.D. Cal., Feb. 6, 2020), *Turtle Island Foods v. Thompson,* No. 18-cv-4173 (W.D. Mo., Aug. 27, 2018), *Turtle Island Foods v. Soman*, No. 4:19-cv-514-KGB (E.D. Ark., July 22, 2019) *Plant Based Foods Association v. Stitt*, No. 20-cv-00938 (W.D. Okla. Sept. 16, 2020).

9.  I have authored and argued numerous case briefs for both trial and appellate court practice, including state and federal courts.

10. I have also authored chapters involving First Amendment and food litigation in books and law journals, including: What Can Animal Law Learn from Environmental Law? (Abate, 2d ed.) (author of chapters 11 & 28), *The Meat of the Matter: Shoring Up Animal Agriculture at the Expense of Consumers, Animals, and the Environment*, Environ. L. Reporter 10228 (March 2020); *A Natural Solution: Why Should FDA Define "Natural" Foods?,* 4 FDLI Food

2

Exhibit A (in globo)-0007

& Drug Policy Forum (Sept. 2014); Consumer Class Actions Manual (Nat'l Consumer Law Ctr., 9th ed.) (contributing author); Nat'l Ass'n of Consumer Advocates, Standards and Guidelines for Litigating and Settling Consumer Class Actions, Revised, 255 F.R.D. 215 (2009) (contributing author).

11. Prior to joining ALDF almost five years ago, I spent two years co-heading the food law practice at the Stanley Law Group in Dallas, Texas, and before that I served as Assistant Director of Litigation at the Center for Science in the Public Interest.

12. My organization devoted substantial resources and provided years of organizational support to our representation of the Plaintiff in the above-captioned matter.

13. My standard hourly rate ranges from $672-$764 per hour for the time period during this litigation. In the exercise of billing judgment, I discounted my rate to $380/hour for this litigation to match the discounted rate of comparable local co-counsel, Tarak Anada. Also, in the interest of exercising billing judgment, I wrote off work by additional ALDF attorneys on this case, and although I billed 128 hours through April 19, 2022, I am seeking only 100 hours of that time. As a result of these reductions, ALDF is requesting a total award of $38,000.

14. I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Executed on: April 21, 2022.

**Amanda Howell**

3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC D/B/A TOFURKY COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-00674 ) |
| v. | ) ) CHIEF JUDGE BRIAN A. JACKSON |
| MICHAEL G. STRAIN, in his official capacity as Commissioner of Agriculture and Forestry, | ) ) ) MAGISTRATE JUDGE ERIN ) WILDER-DOOMES |
| Defendant. | ) ) |

## DECLARATION OF LAURA R. BRADEN

I, Laura R. Braden, state that the following is true and correct to the best of my knowledge:

1. I am the Lead Regulatory Counsel of The Good Food Institute (GFI), headquartered in Washington, D.C., and I am personally enrolled in and have worked on the above-captioned litigation.

2. I graduated from Princeton University with a Bachelor's Degree in English Literature. I graduated *cum laude* in 2002 from Harvard Law School, where I was a member of the Harvard Negotiation Law Review, a teaching assistant for Professor Carol Steiker's criminal law class, and a finalist in the Ames Moot Court competition.

3. I was admitted to practice law in the Commonwealth of Massachusetts in 2002. My license is currently active and in good standing. I was admitted to practice law in the District of Columbia in 2010, and that license is also active and in good standing. I am also admitted to practice before the U.S. District Court for the District of Massachusetts, the U.S. Court of Appeals for Veterans Claims, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court. I have been admitted to practice *pro hac vice* in multiple U.S. federal courts, including the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Western District of Texas, the U.S.

1

Exhibit A (in globo)-0009

District Court for the District of Delaware, the U.S. District Court for the District of Rhode Island, the U.S. District Court for the Western District of Wisconsin, and the U.S. District Court for the Western District of Missouri.

4.   I have over fourteen years of federal litigation experience, including experience litigating complex commercial disputes in which I have represented clients ranging from large companies to individuals. Prior to joining GFI in 2020, I worked for three years for the Washington D.C. law firm Wiley, and earlier in my career I worked for the law firm Fish & Richardson PC in both its Boston and Washington D.C. locations for a total of eight years.  I also worked for two and a half years as an Appellate Attorney for the U.S. Department of Veterans Affairs, representing the agency in hundreds of appeals to the U.S. Court of Appeals for Veterans Claims. I have authored and argued numerous briefs in federal district courts and have authored numerous briefs in federal appellate courts.

5.   In addition to my litigation work, I have regulatory experience advising companies and representing both GFI and, prior to my employment there, private clients, in commenting on proposed regulations from a range of federal agencies including the U.S. Food and Drug Administration, the U.S. Department of Agriculture, and the U.S. Federal Communications Commission.

6.   I have taught continuing legal education classes on food labeling and First Amendment issues for the Illinois State Bar Association and the Pennsylvania Bar Institute and have guest lectured on these issues at Harvard Law School.

7.   GFI has devoted substantial resources and provided years of organizational support to our representation of the Plaintiff in the above-captioned matter. GFI also represents the Plaintiff in two other 1983 actions challenging restrictive regulations: *Turtle Island Foods v. Thompson*, No. 18-cv-4173 (W.D. Mo., Aug. 27, 2018), and *Turtle Island Foods v. Soman*, No. 4:19-cv-514-KGB (E.D. Ark., July 22, 2019).

8.   Utilizing the Fitzpatrick Matrix maintained and updated by the United States Attorney's Office for the District of Columbia,[1] a reasonable hourly rate for an attorney of my experience in Washington D.C. for the relevant time period would be $615.00. Three other GFI attorneys based in Washington D.C.–Jessica Almy, Nigel Barrella, and Madeline Cohen – billed time on this matter. Reasonable rates based on their experience utilizing the Fitzpatrick

---

[1] The USAO's fee matrix chart is available at https://www.justice.gov/usao-dc/page/file/1189846/download.

Exhibit A (in globo)-0010

Matrix are as follows: $578.00-$594.00 for Ms. Almy, $554.00-$570.00 for Mr. Barrella, and $532.00 for Ms. Cohen.

9.    Billing by GFI through April 19, 2022, totaled 102.6 hours for Laura Braden, 35.2 hours for Nigel Barrella, 9.6 hours for Jessica Almy, and 3.6 hours for Madeline Cohen.

10.    In the exercise of billing judgment, I discounted my rate to $380/hour for this litigation to match the discounted rate of comparable local co-counsel, Tarak Anada and am only seeking fees for 100 of the 102.6 hours I billed. Also in the interest of exercising billing judgment and erring on the side of conservatism, GFI wrote off the hours billed by its other attorneys in this matter.

11.    GFI is thus requesting a total award of $38,000.

12.    I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Executed on: April 21, 2022.


*Laura Braden*

_____

**LAURA R. BRADEN**

3

| Date | Name | (6 min | Activity Description |
|---|---|---|---|
| 9/14/20 | Nigel Barrella | 4.1 | Drafting complaint |
| 9/15/20 | Jessica Almy | 1.0 | Review draft complaint |
| 9/16/20 | Nigel Barrella | 0.4 | Email with JA re: complaint |
| 9/22/20 | Nigel Barrella | 1.1 | Editing draft complaint based on cocounsel feedback |
| 9/24/20 | Nigel Barrella | 0.5 | Discussion with AH and client; legal research and followup email to AH on legal issue discussed on call |
| 9/28/20 | Nigel Barrella | 1.7 | editing draft complaint and recirculating |
| 10/6/20 | Jessica Almy | 1.2 | Review co-counsel agreement and representation agreement |
| 10/6/20 | Nigel Barrella | 1.8 | finalizing draft complaint; preparing summonses and cover sheet; email correspondence with co-counsel |
| 10/28/20 | Nigel Barrella | 2.1 | Preparing memorandum on CA5 commercial speech caselaw |
| 11/2/20 | Jessica Almy | 0.5 | Review memo on 5th Circuit First Amendment case law |
| 11/6/20 | Nigel Barrella | 0.7 | meeting with co-counsel group; notes |
| 11/16/20 | Nigel Barrella | 0.7 | meeting with co-counsel group; notes |
| 11/19/20 | Nigel Barrella | 0.4 | meeting with NB about case status |
| 11/19/20 | Nigel Barrella | 0.4 | meeting with JA about case status |
| 11/23/20 | Nigel Barrella | 0.3 | briefly review defendant's answer; email to JA |
| 12/7/20 | Nigel Barrella | 0.3 | drafting MSJ |
| 12/14/20 | Nigel Barrella | 0.2 | drafting MSJ |
| 12/15/20 | Nigel Barrella | 3.4 | legal research; drafting MSJ; calls/meetings with AH, TA, JA |
| 1/3/21 | Nigel Barrella | 0.4 | legal research and drafting MSJ [1A argument] |
| 1/4/21 | Nigel Barrella | 0.3 | legal research and drafting MSJ [1A argument] |
| 1/4/21 | Nigel Barrella | 0.6 | emails with cocounsel re briefing; review scheduling order |
| 1/5/21 | Nigel Barrella | 0.3 | emails with cocounsel re: scheduling meeting |
| 1/6/21 | Nigel Barrella | 0.2 | emails with cocounsel re meeting |
| 1/8/21 | Jessica Almy | 0.4 | call with cocounsel |
| 1/8/21 | Nigel Barrella | 0.8 | calls with cocounsel; notes |
| 1/14/21 | Nigel Barrella | 0.2 | drafting discovery requests |
| 1/15/21 | Nigel Barrella | 0.3 | email to cocounsel JA re case updates |
| 1/15/21 | Nigel Barrella | 0.5 | drafting discovery requests |
| 1/20/21 | Nigel Barrella | 0.5 | drafting discovery requests |
| 1/21/21 | Nigel Barrella | 0.5 | drafting discovery requests; circulating to cocounsel |
| 1/25/21 | Nigel Barrella | 0.1 | email to cocounsel re discovery requests |
| 1/27/21 | Nigel Barrella | 0.5 | reviewing/editing discovery requests; emails with co-counsel |
| 1/28/21 | Nigel Barrella | 0.3 | review edits to discovery requests |
| 1/29/21 | Nigel Barrella | 0.2 | emails with co-counsel re discovery requests |
| 2/2/21 | Nigel Barrella | 0.7 | drafting MSJ [1A argument] |
| 2/9/21 | Nigel Barrella | 0.9 | drafting MSJ [1A argument] |
| 2/10/21 | Nigel Barrella | 2.7 | drafting MSJ [1A argument] |
| 2/16/21 | Nigel Barrella | 3.0 | drafting MSJ [1A argument] |
| 2/17/21 | Nigel Barrella | 4.5 | drafting MSJ [1A argument]; sending to JA |
| 3/16/21 | Jessica Almy | 0.8 | review MSJ argument that Nigel drafted |
| 3/26/21 | Laura Braden | 0.8 | discussion of cases status with local counsel and co-counsel; emails with local counsel re pro hac vice application |
| 3/29/21 | Jessica Almy | 0.3 | discussion of case status with L. Braden |
| 3/29/21 | Laura Braden | 1.5 | discussion of case status with J. Almy; review draft brief and review discovery requests |
| 4/13/21 | Laura Braden | 0.2 | Correspondence with co-counsel re case status and strategy |
| 4/14/21 | Laura Braden | 1.3 | Review and respond to correspondence from local counsel; analyze discovery requests served by defendants |
| 4/22/21 | Laura Braden | 1.1 | correspondence with co-counsel re case status and strategy; review Louisiana Dept of Agriculture regulations imple |
| 4/23/21 | Laura Braden | 1.2 | Telephone conference with co-counsel re case status and strategy; attention to drafting proposed fact stipulations to |
| 4/26/21 | Jessica Almy | 0.3 | Reviewed proposed stipulated fact statements for summary judgment motion; reviewed portions of video from comm |
| 4/26/21 | Laura Braden | 4.2 | Draft proposed stipulated fact statements for summary judgment motion; review video of Louisiana House committe |
| 4/29/21 | Laura Braden | 0.5 | Reviewed and provided comments on discovery responses |
| 5/6/21 | Laura Braden | 0.2 | Telephone conference with co-counsel re case status and strategy |
| 5/9/21 | Laura Braden | 3.0 | Draft outline of motion for summary judgment |
| 5/14/21 | Laura Braden | 1.7 | Review revisions to outline of motion for summary judgment; telephone conference with co-counsel re summary judg |
| 6/2/21 | Laura Braden | 1.8 | Review draft first amendment section of motion for summary judgment brief |
| 6/3/21 | Laura Braden | 3.2 | Edit draft first amendment section of motion for summary judgment brief; correspondence with co-counsel re revisions |
| 6/9/21 | Laura Braden | 2.1 | Revise draft due process section of MSJ brief; review local rules and sample statements of material fact; research re |
| 6/10/21 | Laura Braden | 0.8 | Telephone conference with co-counsel re MSJ status and strategy |
| 6/15/21 | Jessica Almy | 0.6 | Reviewed a portion of the MSJ draft |
| 6/17/21 | Jessica Almy | 1.0 | Reviewed the revised MSJ draft |
| 6/20/21 | Laura Braden | 2.5 | Telephone conference with co-counsel re case status and strategy; work on revisions to MSJ draft |
| 6/23/21 | Laura Braden | 3.8 | Incorporated comments into MSJ draft; drafted new section on strict scrutiny |
| 6/28/21 | Peyve$Fveh | 0.5 | Telephone conference with co counsel re case status and strategy |
| 6/29/21 | Peyve$Fveh | 5.3 | Review and edit draft brief; confer with co-counsel re summary judgment brief; revise draft statement of material fac |
| 6/30/21 | Peyve$Fveh | 7.8 | Review and proofread brief draft; draft declaration in support of motion; confer with co-counsel re motion for summa |
| 7/1/21 | Peyve$Fveh | 4.5 | Review and check citations in brief; confer with co-counsel re motion for summary judgment |
| 7/5/21 | Laura Braden | 1.5 | Review and analysis of Defendant's motion for summary judgment |
| 7/6/21 | Laura Braden | 2.8 | Continued review and analysis of Defendant's motion for summary judgment; teleconference with co-counsel re stra |

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/9/21 | Laura Braden | 2.5 | Work on draft opposition to Defendant's motion for summary judgment |
| 7/11/21 | Laura Braden | 3.8 | Work on draft opposition to Defendant's motion for summary judgment |
| 7/15/21 | Laura Braden | 4.1 | Edits to draft opposition to Defendant's motion for summary judgment; confer with co-counsel re same |
| 7/19/21 | Laura Braden | 0.9 | Research re 5th circuit standing cases; telephone conference with co-counsel re strategy for responding to Defenda |
| 7/20/21 | Laura Braden | 1.8 | Review and edit draft opposition to Defendant's motion for summary judgment; conference call with co-counsel re sa |
| 7/22/21 | Laura Braden | 3.5 | Finalize response to defendant's statement of undisputed facts and defendant's motion for summary judgment; coor |
| 8/2/21 | Laura Braden | 1.2 | Telephone conferences and email correspondence with co-counsel re defendant's failure to oppose motion for sumr |
| 8/23/21 | Laura Braden | 0.7 | Preparation for and telephone conference with co-counsel re case status and strategy |
| 9/20/21 | Laura Braden | 1.2 | Preparation for and telephone conference with co-counsel re strategy for oral argument |
| 9/27/21 | Laura Braden | 2.2 | Review summary judgment briefs and meet with co-counsel to prepare for oral argument |
| 9/29/21 | Madeline Cohen | 0.4 | Review Judge Jackson's rules for pretrial orders and draft pretrial order shell |
| 9/30/21 | Laura Braden | 0.8 | prepare for oral argument on motions for summary judgment |
| 9/30/21 | Madeline Cohen | 0.9 | Draft pretrial order shell |
| 10/4/21 | Laura Braden | 1.7 | Review Defendant's belatedly filed opposition; research re possible motion to strike; telephone conference with co-c |
| 10/5/21 | Jessica Almy | 1.2 | Review briefs to prepare for a moot in advance of oral argument |
| 10/5/21 | Laura Braden | 1.7 | Research and draft opposition to Defendant's motion to file late objections to statement of undisputed material facts |
| 10/5/21 | Madeline Cohen | 1.1 | Review briefs to prepare for moot in advance of oral argument |
| 10/6/21 | Jessica Almy | 1.2 | Attend moot oral argument on summary judgment motions |
| 10/6/21 | Laura Braden | 1.8 | Preparation for oral argument; correspondence with co-counsel re possible court filings prior to oral argument |
| 10/6/21 | Madeline Cohen | 1.2 | Attend moot oral argument on summary judgment motions |
| 10/13/21 | Laura Braden | 2.8 | Research and draft reply brief re motion for summary judgment |
| 10/14/21 | Laura Braden | 3.7 | Draft reply brief re motion for summary judgment |
| 10/15/21 | Jessica Almy | 0.7 | Review reply brief |
| 10/15/21 | Laura Braden | 0.5 | Revise draft reply brief |
| 10/20/21 | Laura Braden | 0.7 | Confer with co counsel re reply brief and edit draft |
| 10/21/21 | Laura Braden | 0.3 | Finalize reply brief and coordinate with local counsel to file |
| 11/5/21 | Laura Braden | 2.8 | Work on preparation for oral argument |
| 11/9/21 | Laura Braden | 3.3 | Work on preparation for oral argument |
| 11/12/21 | Laura Braden | 1.5 | Work with co-counsel on preparation for oral argument |
| 11/15/21 | Laura Braden | 2.0 | Preparation for and attendance at oral argument hearing on plaintiff's and defendant's motions for summary judgme |
| 11/24/21 | Laura Braden | 1.6 | Correspondence with co-counsel re court order pertaining to MSJ exhibits; work on post-hearing brief |
| 11/29/21 | Laura Braden | 0.5 | Conference with co-counsel re post-hearing brief |
| 12/3/21 | Laura Braden | 1.2 | Review draft post-hearing brief; correspondence with co-counsel re suggested edits |
| 12/6/21 | Laura Braden | 1.5 | Revise post-hearing brief draft |

**TARAK ANADA'S HOURS INCURRED ($380 PER HOUR)**

**TURTLE ISLAND FOODS, INC. V. MICHAEL STRAIN**

**MIDDLE DISTRICT OF LOUISIANA 3:20-CV-00674-BAJ-EWD**

| TASK | DATE | HOURS |
|------|------|-------|
| PHONE CALLS AND CORRESPONDENCE WITH CLIENT AND MR. STERNBERG RE: LITIGATION STRATEGY | 9/12/20 | 1.5 |
| CALL WITH SCOTT STERNBERG AND CLIENT, REVIEW DOCUMENTS | 9/29/20 | 0.5 |
| PHONE CALLS AND CORRESPONDENCE WITH CLIENT RE: LITIGATION STRATEGY | 10/03/20 | 0.8 |
| ANALYZED AND EDITED COMPLAINT | 10/7/20 | 0.7 |
| ANALYZED EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS | 10/28/20 | 0.1 |
| ANALYZED ANSWER | 11/23/20 | 0.3 |
| ANALYZED MOTION TO SUBSTITUTE E. JOHN LITCHFIELD AND MICHAEL J. MARSIGLIA | 11/23/20 | 0.1 |
| ANALYZED ORDER TO SHOW CAUSE ISSUED BY THE COURT | 12/8/20 | 0.2 |
| TELEPHONE STATUS CONFERENCE | 11/03/20 | 0.4 |
| ANALYZED STATUS REPORT | 12/16/20 | 0.2 |
| ANALYZED SCHEDULING ORDER | 12/23/20 | 0.3 |
| DRAFTED MOTION FOR NIGEL BARRELLA TO APPEAR PRO HAC VICE | 12/23/20 | 0.4 |
| DRAFTED MOTION FOR CAITLIN M. FOLEY TO APPEAR PRO HAC VICE | 12/30/20 | 0.4 |

Exhibit A (in globo)-0014

| | | |
|---|---|---|
| DRAFTED MOTION FOR AMANDA HOWELL TO APPEAR PRO HAC VICE | 12/30/20 | 0.4 |
| ANALYZED MOTION FOR KATHY LEE TORREGANO TO WITHDRAW AS ATTORNEY | 2/1/21 | 0.1 |
| WORK THROUGH DISCOVERY AND HAVE DISCOVERY DISCUSSION WITH CO-COUNSEL | 3/26/21 | 0.4 |
| ANALYZED MOTION FOR NIGEL BARRERA TO WITHDRAW AS ATTORNEY | 4/6/21 | 0.1 |
| DRAFTED MOTION FOR LAURA R. BRADEN TO APPEAR PRO HAC VICE | 4/6/21 | 0.3 |
| ANALYZED MOTION FOR SUMMARY JUDGMENT BY MICHAEL G. STRAIN | 7/1/21 | 1.4 |
| CONFERENCE CALL WITH CLIENT REGARDING MOTION FOR SUMMARY JUDGMENT | 6/30/21 | 0.4 |
| ANALYZED DRAFT OF AND COMMENTED ON MOTION FOR SUMMARY JUDGMENT BY TURTLE ISLAND FOODS | 6/30/21 | 1.6 |
| WORKED ON MOTION FOR ORAL ARGUMENT RE: MOTION FOR SUMMARY JUDGMENT BY TURTLE ISLAND FOODS SPC | 7/1/21 | 0.4 |
| CALL WITH REAM RE: MOTION FOR SUMMARY JUDGMENT OPPOSITION | 7/6/21 | 0.3 |
| CALL WITH CLIENTS REGARDING OPPOSITION TO SUMMARY JUDGMENT | 7/20/21 | 0.3 |

{N4554078.1}

| ANALYZED RAFT OF AND COMMENTED ON MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY TURTLE ISLAND FOODS SPC | 7/20/21 | 1.8 |
|---|---|---|
| ANALYZED ORDER GRANTING MOTION FOR ORAL ARGUMENT | 9/16/21 | 0.2 |
| MEET WITH CO-COUNSEL REGARDING MOOT COURT ARGUMENT FOR UPCOMING ORAL ARGUMENT BEFORE JUDGE | 10/4/21 | 0.8 |
| ANALYZED MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT AND OBJECTION TO PLAINTIFFS STATEMENTS OF MATERIAL FACT BY MICHAEL G. STRAIN | 10/4/21 | 0.2 |
| PREPARE FOR AND MOOT ARGUMENT | 10/6/21 | 3.0 |
| ANALYZED MEMORANDUM IN OPPOSITION TO 37 MOTION FOR SUMMARY JUDGMENT FILED BY MICHAEL G. STRAIN | 10/7/21 | 1.2 |
| ANALYZED AND PROVIDED COMMENTS ON DRAFT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY TURTLE ISLAND FOODS | 10/20/21 | 1.4 |

Exhibit A (in globo)-0016

| ATTEND MEETING WITH CO-COUNSEL TO DISCUSS NOV. 15 ARGUMENT | 11/1/21 | 0.5 |
|---|---|---|
| CALL WITH CLIENT REGARDING FRIDAY MOOT | 11/8/21 | 0.2 |
| WEEKLY CALL REGARDING ORAL ARGUMENT | 11/8/21 | 0.3 |
| PREPARE FOR AND ATTEND MOOT ARGUMENT | 11/12/21 | 3.0 |
| ATTENDED HEARING ON MOTIONS FOR SUMMARY JUDGMENT | 11/15/21 | 2.5 |
| MEETING OF CO-COUNSEL GROUP | 11/29/21 | 0.2 |
| ANALYZED SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY MICHAEL G. STRAIN | 12/6/21 | 0.4 |
| ANALYZED AND PROVIDED COMMENTS ON DRAFT OF POST-TRIAL MEMORANDUM BY TURTLE ISLAND FOODS SPC. | 12/10/21 | 1.2 |
| ANALYZED RULING AND ORDER GRANTING MOTION FOR SUMMARY JUDGMENT. DENYING MOTION FOR SUMMARY JUDGMENT. | 3/28/21 | 0.8 |
| | | |
| TOTAL | | 29.3 @ $380 = $11,134.00 |

| DATE | TIMEKEEPER | DESCRIPTION | Hrs worked | Rate | | Bill amount | |
|------|-----------|-------------|-----------|------|---|-------------|---|
| Aug 28, 2020 | Howell, Amanda | call with nigel | 0.70 | $ | 319.00 | $ | 223.30 |
| Aug 31, 2020 | Howell, Amanda | drafting new matter memo | 2.10 | $ | 319.00 | $ | 669.90 |
| Sep 15, 2020 | Howell, Amanda | edits to complaint (LA tofurky) | 2.20 | $ | 319.00 | $ | 701.80 |
| Sep 23, 2020 | Howell, Amanda | prep and call with GFI re: comms and litigation strategy (Louisiana) | 1.30 | $ | 319.00 | $ | 414.70 |
| Sep 24, 2020 | Howell, Amanda | call with co-counsel and tofurky re: filing, co-counseling decisions | 0.70 | $ | 319.00 | $ | 223.30 |
| TOTALS: | | | 7.00 | | | $ | 2,233.00 |

| Start Date | User | Description | Tags | Duration (decimal) | Billable Rate (USD) | Billable Amount (USD) |
|---|---|---|---|---|---|---|
| 12/06/2021 | Ahowell | draft and review supp brief on MSJ | A103 Draft/revise, A104 Review/analyze | 2.20 | $672.00 | $1,478.40 |
| 12/06/2021 | Ahowell | edits to supp post hearing briefing | A103 Draft/revise, A104 Review/analyze | 1.70 | $672.00 | $1,142.40 |
| 11/15/2021 | Ahowell | prep MSJ oral argument | A101 Plan and prepare for, A103 Draft/revise, A104 Review/analyze | 5.20 | $672.00 | $3,494.40 |
| 11/11/2021 | Ahowell | prep MSJ oral argument | A101 Plan and prepare for, A102 Research | 3.60 | $672.00 | $2,419.20 |
| 11/01/2021 | Ahowell | call w/ co counsel | A107 Communicate (other outside counsel) | 0.50 | $672.00 | $336.00 |
| 10/21/2021 | Ahowell | finalize reply ISO MSJ | A103 Draft/revise | 0.90 | $672.00 | $604.80 |
| 10/21/2021 | Ahowell | reviewing MSJ reply | A103 Draft/revise, A104 Review/analyze | 0.50 | $672.00 | $336.00 |
| 10/21/2021 | Ahowell | draft reply ISO MSJ | A102 Research, A103 Draft/revise | 3.90 | $672.00 | $2,620.80 |
| 10/20/2021 | Ahowell | draft reply ISO MSJ | A102 Research, A103 Draft/revise | 3.00 | $672.00 | $2,016.00 |
| 10/20/2021 | Ahowell | reviewing MSJ reply | A103 Draft/revise, A104 Review/analyze | 3.10 | $672.00 | $2,083.20 |
| 10/06/2021 | Ahowell | prep for oral argument MSJ | A101 Plan and prepare for | 4.30 | $672.00 | $2,889.60 |
| 10/05/2021 | Ahowell | prep for oral argument MSJ | A101 Plan and prepare for | 6.30 | $672.00 | $4,233.60 |
| 09/29/2021 | Ahowell | prep for oral argument MSJ | A101 Plan and prepare for | 0.70 | $672.00 | $470.40 |
| 09/28/2021 | Ahowell | prep for oral argument MSJ | A101 Plan and prepare for | 2.70 | $672.00 | $1,814.40 |

| 07/20/2021 | Ahowell | finalize opp def MSJ | A103 Draft/revise | 4.20 | $672.00 | $2,822.40 |
| 06/17/2021 | Ahowell | draft tofurky declarations | A103 Draft/revise, A104 Review/analyze | 1.70 | $672.00 | $1,298.80 |
| 06/17/2021 | Ahowell | finalize MSJ | A103 Draft/revise, A104 Review/analyze | 5.00 | $672.00 | $3,360.00 |
| 06/13/2021 | Ahowell | draft opp def MSJ | A102 Research, A103 Draft/revise | 4.50 | $672.00 | $3,024.00 |
| 06/09/2021 | Ahowell | review GFI section on due process | A103 Draft/revise, A104 Review/analyze | 3.00 | $672.00 | $2,016.00 |
| 06/09/2021 | Ahowell | draft opp def MSJ | A102 Research, A103 Draft/revise | 3.20 | $672.00 | $2,150.40 |
| 06/01/2021 | Ahowell | review GFI edits and incorporate into MSJ | A107 Communicate (other outside counsel), A103 Draft/revise. A104 | 1.60 | $672.00 | $1,075.20 |
| 06/01/2021 | Ahowell | drafting MSJ | A103 Draft/revise | 4.60 | $672.00 | $3,091.20 |
| 05/27/2021 | Ahowell | drafting MSJ and exhibits | A103 Draft/revise | 4.20 | $672.00 | $2,822.40 |
| 05/26/2021 | Ahowell | drafting MSJ and declarations | A103 Draft/revise | 2.70 | $672.00 | $1,814.40 |
| 05/25/2021 | Ahowell | drafting MSJ and declarations | A103 Draft/revise | 2.40 | $672.00 | $1,612.80 |
| 05/24/2021 | Ahowell | drafting MSJ | A103 Draft/revise | 4.70 | $672.00 | $3,158.40 |
| 05/21/2021 | Ahowell | researching MSJ | A102 Research, A103 Draft/revise | 2.00 | $672.00 | $1,344.00 |
| 05/21/2021 | Ahowell | drafting MSJ | A102 Research, A103 Draft/revise | 5.20 | $672.00 | $3,494.40 |
| 05/18/2021 | Ahowell | drafting MSJ | A103 Draft/revise | 2.00 | $672.00 | $1,344.00 |

Exhibit A (in globo)-0020

| 05/18/2021 | Ahowell | draft MSJ | A102 Research, A103 Draft/revise | 6.70 | $672.00 | $4,502.40 |
|---|---|---|---|---|---|---|
| 05/15/2021 | Ahowell | edits to GFI MSJ outline | A107 Communicate (other outside counsel), A103 Draft/revise. A104 | 1.40 | $672.00 | $940.80 |
| 05/15/2021 | Ahowell | edits to MSJ outline | A103 Draft/revise | 2.70 | $672.00 | $1,814.40 |
| 04/23/2021 | Ahowell | outlining and research for MSJ | A102 Research, A103 Draft/revise, A104 Review/analyze | 3.90 | $672.00 | $2,620.80 |
| 04/23/2021 | Ahowell | draft responses to RFPs and INTs | A103 Draft/revise | 3.90 | $672.00 | $2,620.80 |
| 01/27/2021 | Ahowell | draft and review INTS | A103 Draft/revise, A104 Review/analyze | 1.20 | $672.00 | $806.40 |
| 01/27/2021 | Ahowell | review and edit RFPs, RFAs | A103 Draft/revise, A104 Review/analyze | 2.70 | $672.00 | $1,814.40 |
| 12/16/2020 | Ahowell | joint scheduling report draft | A103 Draft/revise, A104 Review/analyze | 2.40 | $672.00 | $1,612.80 |
| 10/06/2020 | Ahowell | edits to complaint | A103 Draft/revise | 2.20 | $672.00 | $1,478.40 |
| 09/24/2020 | Ahowell | edits to press release draft | A103 Draft/revise, A104 Review/analyze | 0.80 | $672.00 | $537.60 |
| 09/24/2020 | Ahowell | review and edit co counsel agreement | A103 Draft/revise, A104 Review/analyze | 1.40 | $672.00 | $940.80 |
| 09/21/2020 | Ahowell | draft client engagement agreement | A103 Draft/revise | 1.40 | $672.00 | $940.80 |
| 09/21/2020 | Ahowell | draft client engagement agreement | A103 Draft/revise | 1.40 | $672.00 | $940.80 |
| **TOTAL:** | | | | 121.70 | | $81,938.80 |

**Sternberg, Naccari & White, LLC**
935 Gravier Street
Suite 2020
New Orleans, LA 70112



**Tofurky**

# Invoice 16279

| | |
|---|---|
| **Date** | Apr 12, 2022 |
| **Terms** | Net 15 |
| **Service Thru** | Apr 12, 2022 |

### In Reference To: adv. State of Louisiana (Time)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/29/2020 | SS | **Other:** Call with Tarak and Client, review docs | 0.50 | $ 300.00/hr | $ 150.00 |
| 10/05/2020 | GW | **Review:** Review and revise draft complaint proposed by client. | 1.60 | $ 225.00/hr | $ 360.00 |
| 10/05/2020 | SS | **Documentation:** Prepare Complaint and send to Tarak, further edits and send on | 3.10 | $ 300.00/hr | $ 930.00 |
| 10/07/2020 | GW | **Correspondence:** Review correspondence from client regarding timing of suit and service. | 0.20 | $ 225.00/hr | $ 45.00 |
| 10/07/2020 | SS | **Documentation:** Work through and file | 0.50 | $ 300.00/hr | $ 150.00 |
| 10/28/2020 | GW | **Review:** Review ex parte motion for extension of time filed by attorney general | 0.20 | $ 225.00/hr | $ 45.00 |
| 11/03/2020 | SS | **Documentation:** Call with cooperating counsel, scheduling conference with court, discuss with cooperating counsel afterwards | 0.80 | $ 300.00/hr | $ 240.00 |
| 11/16/2020 | SS | **Documentation:** Research on Central Hudson test issue (1.5); meet with Cooperating Counsel (.5) | 2.00 | $ 300.00/hr | $ 600.00 |
| 11/20/2020 | SS | **Documentation:** Call with John Litchfield (.3); report to Clients (.1) | 0.40 | $ 300.00/hr | $ 120.00 |
| 01/08/2021 | SS | **Documentation:** Prepare for and attend meeting with co-counsel | 0.50 | $ 300.00/hr | $ 150.00 |
| 01/15/2021 | CG | **Other:** Calendared all of the upcoming deadlines for the trial. | 0.30 | $ 75.00/hr | $ 22.50 |
| 01/22/2021 | GW | **Draft:** Review and revise proposed discovery requests. | 0.50 | $ 225.00/hr | $ 112.50 |
| 01/27/2021 | GW | **Correspondence:** Correspondence with client and co-counsel regarding discovery. | 0.20 | $ 225.00/hr | $ 45.00 |
| 01/29/2021 | SS | **Documentation:** Draft discovery and send | 0.60 | $ 300.00/hr | $ 180.00 |

Exhibit A (in globo)-0022

**Sternberg, Naccari & White, LLC**
935 Gravier Street
Suite 2020
New Orleans, LA 70112



**Tofurky**

# Invoice 16279

| | |
|---|---|
| **Date** | Apr 12, 2022 |
| **Terms** | Net 15 |
| **Service Thru** | Apr 12, 2022 |

**In Reference To: adv. State of Louisiana (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 10/08/2020 | SS | **Filing Fee:** TOFURKY CO FILING FEE | $ 400.00 |

| | |
|---|---|
| **Total Hours** | 11.40 hrs |
| **Total Time** | $ 3,150.00 |
| **Total Expenses** | $ 400.00 |
| **Total Invoice Amount** | $ 3,550.00 |

Exhibit A (in globo)-0023



# INVOICE

Invoice # 25000
Date: 04/12/2022
Due On: 05/12/2022

935 Gravier Street, Suite 2020
New Orleans, LA 70112
Phone: (504) 641-6612

Tofurky

## 11805 - adv. State of Louisiana

.

### Services

| Date | Attorney | Description of Service | Quantity | Rate | Total |
|------|----------|------------------------|----------|------|-------|
| 03/01/2021 | SS | Documentation: Client discussion and e-mail/call to John Litchfield | 0.50 | $300.00 | $150.00 |
| 03/26/2021 | SS | Documentation: Work through discovery and have discovery discussion with co-counsel | 0.40 | $300.00 | $120.00 |
| 04/12/2021 | SS | Documentation: Participate in discovery conference with John Litchfield and draft letter to cooperating counsel | 0.50 | $300.00 | $150.00 |
| 04/13/2021 | GW | Review correspondence from opposing counsel regarding intent not to enforce. | 0.10 | $225.00 | $22.50 |
| 04/23/2021 | SS | Call with cooperating counsel regarding discovery | 0.30 | $300.00 | $90.00 |
| 05/01/2021 | SS | Documentation: Review, edit and propound discovery responses to John Litchfield | 0.70 | $300.00 | $210.00 |
| 06/14/2021 | SS | Documentation: Participate in Group Meeting | 0.40 | $300.00 | $120.00 |
| 06/16/2021 | SS | Documentation: Call to John Litchfield (.1); MSJ work and strategy meeting with team (.5); conversation with co-counsel RE: tasks (.2) | 0.80 | $300.00 | $240.00 |
| 06/16/2021 | GW | Review and revise joint statement of stipulated facts. | 0.30 | $240.00 | $72.00 |
| 06/17/2021 | SS | Documentation: Review/edit statement of facts and | 0.60 | $300.00 | $180.00 |

Exhibit A (in globo)-0024

Invoice # 25000 - 04/12/2022

| | | | | | |
|---|---|---|---|---|---|
| | | send to John Litchfield for review and edits | | | |
| 06/18/2021 | SS | Documentation: Call w/ John Litchfield and report to team | 0.20 | $300.00 | $60.00 |
| 06/28/2021 | SS | Communication: Public records request issues and troubleshoot issue regarding PRR for transcripts | 0.30 | $300.00 | $90.00 |
| 06/28/2021 | SS | Documentation: Work on transcription issue and report back to Group | 0.50 | $300.00 | $150.00 |
| 06/29/2021 | SS | Documentation: Draft certain portions of motion for summary judgment and send back to cooperating counsel for edit | 2.40 | $300.00 | $720.00 |
| 06/29/2021 | SS | Documentation: Work on transcription issues | 1.50 | $300.00 | $450.00 |
| 06/30/2021 | GW | Conference call with client regarding motion for summary judgment. | 0.40 | $240.00 | $96.00 |
| 06/30/2021 | SS | Work on MSJ, call with team, revise declarations, review transcripts and ensure accuracy of same, continue coordination with Graham Williams an co-counsel throughout day | 3.50 | $300.00 | $1,050.00 |
| 07/01/2021 | GW | Review and revise memorandum in support of motion for summary judgment and statement of uncontested facts. | 2.40 | $240.00 | $576.00 |
| 07/01/2021 | SS | Finished drafting and assembling motion for summary judgment and file same | 1.80 | $300.00 | $540.00 |
| 07/01/2021 | GW | Attention to client correspondence regarding revisions to memorandum in support of motion for summary judgment. | 0.20 | $240.00 | $48.00 |
| 07/02/2021 | GW | Draft proposed order on motion for oral argument. | 0.30 | $240.00 | $72.00 |
| 07/06/2021 | SS | Documentation: Call with Team RE: MSJ opposition | 0.30 | $300.00 | $90.00 |
| 07/19/2021 | SS | Documentation: Team meeting, edits to MSJ Opposition draft, insert citations and conference with Tarak Anada regarding filing dates and edit timeline | 1.80 | $300.00 | $540.00 |
| 07/20/2021 | GW | Call with clients regarding opposition to summary judgment. | 0.30 | $240.00 | $72.00 |
| 07/20/2021 | GW | Review and revise opposition to motion for summary judgment. | 0.50 | $240.00 | $120.00 |
| 07/20/2021 | SS | Documentation: Call with team, edits to Motion, draft Statement of Contested/Uncontested Material Facts | 1.50 | $300.00 | $450.00 |
| 07/23/2021 | GW | Review of docket and report absence of opposition to client. | 0.10 | $240.00 | $24.00 |
| 09/16/2021 | GW | Review order setting oral argument. | 0.10 | $240.00 | $24.00 |
| 09/17/2021 | SS | Documentation: hearing work | 0.20 | $300.00 | $60.00 |

Exhibit A (in globo)-0025

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/20/2021 | GW | Correspondence with client regarding upcoming MSJ hearing. | 0.20 | $240.00 | $48.00 |
| 09/27/2021 | SS | Documentation: Review local rules and discussions with cooperating counsel regarding oral argument, Conference call with all cooperating counsel regarding MSJ | 1.50 | $300.00 | $450.00 |
| 09/29/2021 | GW | Review rule to show cause regarding client's statement of material facts. | 0.10 | $240.00 | $24.00 |
| 10/04/2021 | SS | Meet with cocounsel regarding moot court argument for upcoming oral argument before judge | 0.80 | $300.00 | $240.00 |
| 10/05/2021 | GW | Review of opposition to MSJ and motion for leave, filed by state. | 0.40 | $240.00 | $96.00 |
| 10/06/2021 | SS | Documentation: Review and edit Opposition to Motion for Leave, send to Tarak Anada for filing | 0.40 | $300.00 | $120.00 |
| 10/06/2021 | GW | Review opposition to motion for leave to file opposition to motion for summary judgment and related correspondence with clients. | 0.50 | $240.00 | $120.00 |
| 10/06/2021 | SS | Documentation: Prepare for and moot argument (3.0) | 3.00 | $300.00 | $900.00 |
| 10/07/2021 | GW | Review order granting leave to file opposition. | 0.10 | $240.00 | $24.00 |
| 11/01/2021 | SS | Documentation: Attend meeting with co-counsel to discuss Nov. 15 argument | 0.50 | $300.00 | $150.00 |
| 11/08/2021 | GW | Call with client regarding Friday moot. | 0.20 | $240.00 | $48.00 |
| 11/08/2021 | SS | Documentation: weekly call re: oral argument | 0.30 | $300.00 | $90.00 |
| 11/12/2021 | SS | Documentation: Prep for and attend moot argument (3.0) | 3.00 | $300.00 | $900.00 |
| 11/14/2021 | SS | Documentation: Prepare for oral argument | 2.00 | $300.00 | $600.00 |
| 11/15/2021 | SS | Documentation: Prepare for and attend oral argument | 2.50 | $300.00 | $750.00 |
| 11/29/2021 | SS | Documentation: Meeting of Co-Counsel Group | 0.20 | $300.00 | $60.00 |
| 11/30/2021 | GW | Review of case law regarding first amendment standing. | 1.30 | $240.00 | $312.00 |
| 12/02/2021 | GW | Continue to prepare standing briefing. | 0.20 | $240.00 | $48.00 |
| 12/03/2021 | SS | Documentation: Review post-hearing briefing charge from Judge and discuss matter with Graham Williams, edits and send on to co-counsel | 1.10 | $300.00 | $330.00 |
| 12/03/2021 | GW | Draft post-hearing briefing. | 4.10 | $240.00 | $984.00 |
| 12/06/2021 | GW | Continue to draft and revise post-hearing brief. | 0.40 | $240.00 | $96.00 |
| 12/10/2021 | SS | Documentation: Edits to and prep for filing post-hearing briefing | 1.20 | $300.00 | $360.00 |

Invoice # 25000 - 04/12/2022

| | | | | | |
|---|---|---|---|---|---|
| 03/28/2022 | GW | Review of ruling and order on motions for summary judgment and correspond with client regarding same. | 0.40 | $240.00 | $96.00 |
| 03/28/2022 | SS | Documentation: Review opinion and discuss with co-counsel | 0.40 | $300.00 | $120.00 |
| 04/12/2022 | GW | Draft motion for attorney's fees and costs. | 0.80 | $240.00 | $192.00 |
| 04/12/2022 | MH | Billed Time from Bill4Time | 1.00 | $3,150.00 | $3,150.00 |

| | |
|---|---|
| **Services Subtotal** | **$16,894.50** |

## Expenses

| Date | Attorney | Description of Service | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09/18/2021 | SS | Transcript Fee: Transcription for Hearing | 1.00 | $261.90 | $261.90 |
| 04/12/2022 | MH | Filing Fees: Bill4Time Filling Fee Expense | 1.00 | $400.00 | $400.00 |

| | |
|---|---|
| **Expenses Subtotal** | **$661.90** |
| **Subtotal** | **$17,556.40** |
| **Total** | **$17,556.40** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 25000 | 05/12/2022 | $17,556.40 | $0.00 | $17,556.40 |

| | |
|---|---|
| **Outstanding Balance** | **$17,556.40** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$17,556.40** |

Please make all amounts payable to: Sternberg, Naccari & White, LLC

Credit card and ACH/eCheck payments can be made at
https://secure.lawpay.com/pages/sternbergnaccariwhite/operating
or at http://snw.law - Click on the "Pay Your Invoice" link.

Please include the client name as listed on the bill in the reference details.

Exhibit A (in globo)-0027

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC D/B/A TOFURKY COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-00674 ) |
| v. | ) ) CHIEF JUDGE BRIAN A. JACKSON |
| MICHAEL G. STRAIN, in his official capacity as Commissioner of Agriculture and Forestry, | ) ) ) MAGISTRATE JUDGE ERIN ) WILDER-DOOMES |
| Defendant. | ) ) |

## DECLARATION OF KATIE SCHWARTZMANN

I, Katie Schwartzmann, state that the following is true and correct to the best of my

knowledge:

1. I am an attorney and Professor with the Tulane First Amendment Clinic. I submit this declaration in support the Plaintiff's Motion for Attorneys' Fees and Costs in the above-captioned litigation.

2. I have been asked by my colleague, Scott Sternberg of Sternberg, Naccari & White, LLC, to provide information, based on my personal knowledge and experience, as to the reasonableness of the hourly rates and billings that they seek to have awarded pursuant to an order of this Court in the above-captioned litigation.

3. I graduated from Tulane University School of Law in May 2003 and have been a practicing attorney for nineteen years. I am admitted to practice in the state of Louisiana, including the United States District Courts for the Eastern, Western and Middle Districts of Louisiana. I am also admitted to practice in the U.S. Court of Appeals for the Fifth Circuit. I was previously admitted to practice in Tennessee but relinquished that license in good standing upon moving home to Louisiana to practice.

4. During the past eighteen years, I have practiced solely in the area of civil rights and civil liberties, almost exclusively in Louisiana federal courts. For eight years I served as the Legal Director for the American Civil Liberties Union of Louisiana. In that capacity, I served as lead counsel in numerous federal cases, including briefing and argument before the Fifth Circuit Court of Appeals. Subsequent to my work at the American Civil Liberties Union I was the Director of the Southern Poverty Law Center's Louisiana office, immediately prior to assuming the role of founder and co-director of the MacArthur Justice

1

Exhibit B

Center. In 2020 I moved to Tulane University's School of Law to serve as the inaugural director and Professor at the Tulane First Amendment clinic.

5.   I am experienced in handling complex federal court civil rights matters including freedom of speech, freedom of religion, due process of law, prisoners' rights and police misconduct. Those cases include:

*Social Aid and Pleasure Club Task Force v. City of New Orleans*, 2:06-cv-10057 (E.D. La. 2006); *Henry v. City of New Orleans*, 2:07-cv-01425 (E.D. La. 2007); *Social Aid and Pleasure Club Task Force v. City of New Orleans*, 2:08-cv-09738 (E.D. La. 2008); *Elloie v. City of New Orleans*, 2:07-cv-03231 (E.D. La. 2007); *Houston v. City of New Orleans*, 2:09-cv-4245 (E.D. La. 2009); *Griffith et al. v. Hughes et al.*, 2:07-cv-09738 (E.D. La. 2007); *Roe v. Tangipahoa Parish School Board*, 07-cv-2908 (E.D. La. 2007); *John P. v. Tangipahoa Parish School Board*, 07-cv-3142 (E.D. La. 2007); *Doe v. St. Tammany Parish*, 07-cv-3574 (E.D. La. 2007); *American Civil Liberties Union v. Blanco*, 07-cv-4090 (E.D. La. 2007); *Duncan v. Amite*, 08-cv-4091 (E.D. La. 2008); *Crayton v. Natchitoches*, 06-cv-1946 (W.D. La. 2006); *Doe v. Livingston Parish School Board*, 11-cv-210 (M.D. La. 2011); *George v. Louisiana Department of Public Safety and Corrections et al.*, 14-cv-338 (M.D. La. 2014); *Reno v. East Baton Rouge Parish School Board*, 09-cv-794 (M.D. La. 2009); *Williams v. Lambert*, 16-cv-251 (M.D. La. 2016); *Advocacy Center v. LeBlanc*, 17-cv-468 (M.D. La. 2017); *Weathers v. Lafayette Parish School Board*, 06-cv-1042 (W.D. La. 2006); *Simmons v. City of Mamou*, 09-cv-663 (W.D. La. 2009); *Doe v. Vermilion Parish School Board*, 09-cv-1565 (W.D. La. 2009); *Morgan v. Gusman*, 2:06-cv-05700 (E.D. La. 2006); *Terry v. City of New Orleans*, 2:07-cv-00469 (E.D. La. 2007); *Brown v. Normand*, 2:09-cv-03805 (E.D. La. 2009); *Advocacy Center v. Louisiana DHH*, 2:10-cv-01088 (E.D. La. 2010); *Mason v. Tangipahoa Parish Council*, 2:11-cv-00157 (E.D. La. 2011); *Leonard v. Louisiana*, 5:07-cv-00813 (W.D. La. 2007); *Leger v. State of Louisiana*, 3:08-cv-00820 (M.D. La. 2008); *Anderson v. State of Louisiana*, 3:09-cv-00075 (M.D. La. 2009) *Billizone v. LeBlanc*, 3:09-cv-00794 (M.D. La. 2009); *Crittindon v. Gusman et al., c/w Copelin v. Gusman et al.*, 17-cv-512 (M.D. La. 2017); *Kissinger v. LeBlanc*, 17-cv-011 (M.D. La. 2017); *Jones v. Gusman*, 12-cv-0859 (E.D. La. 2012); *Berry v. Pastorek*, 2:10-cv-04049 (E.D. La. 2010); *Caliste et al. v. Cantrell*, 2:17-cv-06197 (E.D. La. 2017); *Cooper v. Gee*, 14-cv-507 (M.D. La. 2014); *Snow v. Lambert*, No. 3:15-cv-00567-SDD-RLB (M.D. La. filed Aug. 25, 2015); *Wheat et al. v. Craig et al.*, 5:17-cv-00424 (W.D. La. 2017); *Little v. Frederick*, 6:17-cv-00724 (W.D. La. 2017); *Tellis et al. v. LeBlanc et al.,* 18-cv- 00541 (W.D.La 2022).

6.   My  most recent First Amendment cases include *Morris v. City of New Orleans*, 2:18-cv-0624 (E.D. La. 2019); *Fontana v. City of New Orleans*, 2:19-cv-09120 (E.D. La. 2019); *Guidry v. Elberson*, 6:18-cv-01232 (W.D. La. 2018); *RISE St. James v. Gramercy et al.*, 2:20-cv-03066 (E.D. La. 2020); *Frampton v. City of Baton Rouge*, 3:21-cv-362 (M.D. La. 2021) and *Okun et al. v. City of New Orleans*, 21-cv-01345 (E.D. La 2021).

7.   As a practicing civil rights lawyer, I am familiar with the market information as to billing rates charged and awarded to lawyers practicing in this Circuit, particularly those rates in the Greater New Orleans area.

Exhibit B

8. I have reviewed the Declarations of Amanda Howell, Scott Sternberg, Tarak Anada and Laura Braden, in addition to a draft of the Motion for Attorneys' Fees and Costs.

9. In my opinion the amounts billed are well supported and the rates reasonable given the causes of action advanced, the motion practice required, and oral argument.

10. My opinion is particularly informed by my experience litigating the suppression of free speech by a government actor, and I am acutely aware of the legal skill and political difficulty which must be navigated in advancing such a matter. I also am aware that there are very few attorneys in Louisiana that specialize in First Amendment cases and that possess the requisite expertise to handle a First Amendment case.

11. Based on my personal knowledge and experience, the hourly rates requested are comfortably within the range of reasonable rates charged by lawyers in this Circuit dealing with complex civil rights matters, and in fact seem low for attorneys of their experience level handling a First Amendment case.

12. I swear under penalty of perjury that the information in this declaration is true to the best of my memory, knowledge and belief.

Executed on: April 27, 2022.

**KATIE SCHWARTZMANN**

3

**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TURTLE ISLAND FOODS SPC**<br>**D/B/A TOFURKY COMPANY,** | ) <br> ) <br> ) |
| | ) **Civil Action No. 3:20-cv-00674** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CHIEF JUDGE BRIAN A. JACKSON** |
| | ) |
| **MICHAEL G. STRAIN, in his official capacity as**<br>**Commissioner of Agriculture and Forestry,** | ) <br> ) **MAGISTRATE JUDGE ERIN** <br> ) **WILDER-DOOMES** |
| **Defendant.** | ) <br> ) |

## DECLARATION OF DAN ZIMMERMAN

I, Dan Zimmerman, state that the following is true and correct to the best of my knowledge:

1. I am a staff attorney of the law firm Phelps Dunbar LLP, in New Orleans, Louisiana.

2. My law practice specializes in Media, First Amendment, Entertainment, and Intellectual Property law.

3. I have been asked by my colleague, Scott Sternberg of Sternberg, Naccari & White, LLC, to provide information, based on my personal knowledge and experience, as to the reasonableness of the hourly rates and billings that they seek to have awarded pursuant to an order of this Court in the above-captioned litigation.

4. I graduated from the Tulane University School of Law in 1983 *cum laude*

5. I am admitted to practice law in the state of Louisiana and the state of Texas.

6. During my thirty-seven years of practice, I have litigated a number of First Amendment related cases, and I have represented national entities including The New York Times, The Associated Press, The Los Angeles Times, The Chicago Tribune, ABC News, Universal Pictures, Amazon Studios, A&E,

1

Exhibit C

CNN, HBO, and ESPN, and local entities including WWL-TV, WDSU-TV, WVUE-TV, and WGNO-TV, as well as private entities and individuals, in First Amendment and media-related litigation.

7.  I am experienced in handling complex federal court civil rights matters including freedom of speech, due process of law, § 1983, and voting rights.

8.  I regularly speak at CLEs on First Amendment, media law and public records issues.

9.  My hourly rate is currently $320 per hour.

10. As a practicing lawyer in the area of media, First Amendment and civil rights, I am familiar with the market information as to billing rates charged and awarded to lawyers practicing in this circuit, particularly those rates in the Greater New Orleans area.

11. I have reviewed the Declarations of Amanda Howell, Scott Sternberg, Tarak Anada and Laura Braden, in addition to a draft of the Motion for Attorney's Fees and Costs and the bills subsumed therein.

12. In my opinion the amounts billed, and particularly the billing judgment exercised, are well supported and the rates reasonable given the causes of action advanced, the Motion practice required, and oral argument.

13. My opinion is particularly informed by my experience litigating the suppression of free speech by a government actor, and I am acutely aware of the legal skill and political difficulty which must be navigated in advancing such a matter.

14. Based on my personal knowledge and experience, the hourly rates requested are comfortably within the range of reasonable rates charged by lawyers in this Circuit dealing with complex civil rights matters.

15. I swear under penalty of perjury that the information in this declaration is true to the best of my memory, knowledge and belief.

Executed on: April 27, 2022.

**DAN ZIMMERMAN**

Exhibit C

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TURTLE ISLAND FOODS SPC D/B/A TOFURKY COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-00674 ) |
| v. | ) CHIEF JUDGE BRIAN A. JACKSON ) |
| MICHAEL G. STRAIN, in his official capacity as Commissioner of Agriculture and Forestry, | ) ) MAGISTRATE JUDGE ERIN ) WILDER-DOOMES |
| Defendant. | ) ) |

## DECLARATION OF ALYSSON MILLS

I, Alysson Mills, state that the following is true and correct to the best of my knowledge:

1.     My colleague, Scott Sternberg of Sternberg, Naccari & White, LLC, asked me to provide information, based on my personal knowledge and experience, as to the reasonableness of his and others' hourly rates and billings for their work in this case.

2.     I am a practicing lawyer with offices in New Orleans, Louisiana and Jackson, Mississippi.

3.     I graduated *summa cum laude* from the University of Mississippi School of Law, where I was the Editor-in-Chief of the Mississippi Law Journal. After law school, I served as a law clerk to the Honorable E. Grady Jolly of the United States Court of Appeals for the Fifth Circuit.

4.     I was admitted to practice law in Mississippi in 2008, Tennessee in 2009, and Louisiana in 2010. I am admitted to practice in all federal courts in Mississippi and Louisiana.

5.     I co-founded the law firm Mills & Amond LLP in 2020. Prior to that, I was a partner of the law firm Fishman Haygood LLP.

6.     My practice is diverse. I have experience with complex federal cases, including but not limited to civil rights and habeas cases for which I frequently volunteer my time. I have

authored briefs in the U.S. Supreme Court and in the U.S. Courts of Appeals for the Second, Fourth, Fifth, Ninth, and District of Columbia Circuits and I regularly argue in the Fifth Circuit. I am a member of the Criminal Justice Act Panel and accept appointments to represent federal criminal defendants in federal courts.

7.      Relevant here, I have more than ten years' experience representing reporters, news organizations, and ordinary citizens in cases implicating the First Amendment in federal and state courts,[1] and that experience specifically includes federal civil rights, or § 1983, cases such as this one.[2]  I have taught the course *First Amendment and the Media* at Tulane University since 2013. In 2017 I also taught the course *The First Amendment in 2017* at the University of Mississippi Sally McDonnell-Barksdale Honors College.

8.      My hourly rate is currently $350 per hour.

9.      As a practicing lawyer in this market with experience in federal cases, including, relevant here, § 1983 cases implicating the First Amendment, I am familiar with the hourly rates charged by and awarded to lawyers in the Greater New Orleans area.

10.     I have reviewed a draft of the plaintiff's motion for attorney's fees and costs and the signed declarations of Amanda Howell, Scott Sternberg, Tarak Anada, and Laura Braden. In my opinion their hourly rates and billings are reasonable given the civil rights at stake in this case, the specialized knowledge required to vindicate those civil rights, and the resulting litigation, which necessitated briefing and oral argument.  My specific experience litigating the suppression of free speech by a government actor informs my opinion.

---

[1] Cases that resulted in court opinions that are available on Westlaw include, *e.g., Perniciaro v. The Times-Picayune*, 293 So. 3d 1144 (La. App. 4 Cir. 4/1/20) (defamation); *Mapp v. UMG Recordings, Inc.*, 310 F. Supp. 3d 743 (M.D. La. 2018) (copyright); *Bayhi v. Louisiana Television Broadcasting*, 2017 WL 4082241 (La. App. 1 Cir. 9/15/17) (defamation); *Block v. New York Times*, 867 F.3d 585 (5th Cir. 2017) (defamation); *Shane v. Jefferson Parish*, 209 So. 3d 726 (La. 12/8/15) (public access); *Capital City Press v. Louisiana State University*, 168 So. 3d 727 (La. App. 1 Cir. 12/30/14) (public access); *Draughn v. Viacom Media Networks*, 165 So. 3d 1010 (La. App. 5 Cir. 11/25/14) (defamation); *Patton v. Gatehouse News Service*, 2011 WL 6754099 (La. App. 1 Cir. 1/4/12) (defamation); *Boyd v. The Times-Picayune*, 82 So.3d 298 (La. App. 5 Cir. 11/15/11) (defamation).

[2] *E.g., Starkville Pride v. City of Starkville*, No. 1:18-cv-32 (N.D. Miss.) (freedom of speech); *Block v. New York Times*, 867 F.3d 585 (5th Cir. 2017) (defamation); *Campaign for Southern Equality v. Bryant*, No. 3:16-cv-442 (S.D. Miss.) (establishment clause); *Gros v. City of New Orleans*, No. 12-cv-2322, 2013 WL 6623911 (E.D. La.) (freedom of speech); *Ciccarone v. City of New Orleans*, No. 13-cv-133, 2013 WL 871905 (E.D. La.) (freedom of speech); *Sturgis v. Copiah Cnty Sch. Dist.*, No. 3:10-cv-455, 2011 WL 4351355 (S.D. Miss.) (freedom of expression); *McMillen v. Itawamba Cnty. Sch. Dist.*, 702 F. Supp. 2d 699 (S.D. Miss.) (freedom of expression).

11.    Based on my personal knowledge and experience, the hourly rates requested are comfortably within the range of reasonable hourly rates charged by lawyers in this area for their work in federal civil rights cases.

12.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 26, 2022.


_____

Alysson Mills