UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TURTLE ISLAND FOODS SPC               CIVIL ACTION

VERSUS

MICHAEL G. STRAIN,                    NO. 20-00674-BAJ-EWD
*in his official capacity as Commissioner
of Agriculture and Forestry*

## ORDER

Considering Plaintiff's **Motion For Attorneys' Fees And Costs (Doc. 55)**, the **Mandate Of The United States Court of Appeals For The 5th Circuit (Doc. 61)**, and the parties' **Joint Status Report (Doc. 63)**,

**IT IS ORDERED** that Plaintiff's **Motion For Attorneys' Fees And Costs (Doc. 55)** be and is hereby **TERMINATED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter is immediately **REFERRED** to the Magistrate Judge for the issuance of Scheduling Order for litigation to proceed on the still-pending Count II of Plaintiff's Complaint.

Baton Rouge, Louisiana, this 17th day of July, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA