# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TURTLE ISLAND FOODS SPC D/B/A TOFURKY COMPANY,** | ) <br> ) <br> ) <br> ) Civil Action No. 3:20-cv-00674 <br> ) <br> ) <br> ) CHIEF JUDGE BRIAN A. JACKSON <br> ) <br> ) <br> ) MAGISTRATE JUDGE ERIN <br> ) WILDER-DOOMES <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| **MICHAEL G. STRAIN, in his official capacity as Commissioner of Agriculture and Forestry,** | |
| Defendant. | |

## JOINT MOTION FOR CONSENT JUDGMENT

**NOW COMES** Plaintiff, Turtle Island Foods, SPC d/b/a Tofurky Company, and the Defendant, Michael G. Strain, in his official capacity as Commissioner of Agriculture and Forestry, who jointly submit this Consent Judgment and Order of Dismissal to fully and finally resolve this matter. The Parties have agreed to the attached form and Judgment and do request that this Honorable Court dismiss this matter without prejudice.

Respectfully Submitted,

*/s/ Scott L. Sternberg*
Scott L. Sternberg (La. Bar No. 33390)
Graham Williams (La. Bar No. 36731)
Sternberg Naccari & White LLC
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Telephone: (504) 331-0888
Facsimile: (504) 534-8961
Email: scott@snw.law
       graham@snw.law

Tarak Anada (La. Bar No. 31598)
Michael A. Foley (La. Bar No. 35774)
Jones Walker LLP

201 Saint Charles Avenue, Suite 4900
New Orleans, LA 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswalker.com
      mfoley@joneswalker.com

Amanda Howell (Enrolled *Pro Hac Vice)*
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931

Caitlin M. Foley (Enrolled *Pro Hac Vice)*
Animal Legal Defense Fund
150 South Wacker, Suite 2400
Chicago, IL 60606

Laura R. Braden (Enrolled *Pro Hac Vice*)
The Good Food Institute
1120 Connecticut Ave. NW, Suite 1080
Washington, DC 20036

*Counsel for Plaintiff, Turtle Island Foods SPC d/b/a Tofurkey Company*

<u>*/s/ E. John Litchfield*</u>
E. John Litchfield (#8622)
Michael J. Marsiglia (30271)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Direct: (504) 799-6370
Fax: (504) 617-7644
jlitchfield@berriganlaw.net
Mmarsiglia@berringanlaw.net

*Counsel for Defendant*