UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TURTLE ISLAND FOODS SPC d/b/a TOFURKY COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MICHAEL G. STRAIN, in his official capacity as Commissioner of Agriculture and Forestry,**<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 3:20-cv-00674<br>)<br>)<br>)  CHIEF JUDGE BRIAN A. JACKSON<br>)<br>)<br>) MAGISTRATE JUDGE ERIN<br>) WILDER-DOOMES<br>)<br>) |

## CONSENT JUDGMENT

Plaintiff, Turtle Island Foods, SPC d/b/a Tofurky Company, and the Defendant, Michael G. Strain, in his official capacity as Commissioner of Agriculture and Forestry, who jointly submit this Consent Judgment and Order of Dismissal to fully and finally resolve this matter:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that this Court has jurisdiction over the subject matter of this case and jurisdiction over Defendant, and venue is proper pursuant to 28 U.S.C. § 1391(b).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that this Court has ruled that Tofurky has standing to challenge the Act.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that while Count I of Tofurky's complaint, alleging that the Act violates the First Amendment's commercial speech protections, has been adjudicated, Count II, which alleges that Act 273 is unconstitutionally vague both on its face and as applied to Tofurky, has not been adjudicated.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED,** that the parties do, pursuant to agreement, jointly stipulate to **FULLY DISMISS WITHOUT PREJUDICE** Count II of Tofurky's complaint.

**IT IS SO ORDERED.**

BATON ROUGE, LOUISIANA, THIS _____ DAY OF _____, 2023.

_____
**BRIAN JACKSON**
**UNITED STATES DISTRICT COURT JUDGE**